

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

October 13, 2005

TOM CORBETT
ATTORNEY GENERAL

Litigation Section
Western Regional Office
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
(412) 565-2794
Fax: (412) 565-3028

Honorable Sean J. McLaughlin
United States District Court
17 South Park Row
Erie, PA 16501

    Re:   **Richmond v. Price, et al.**
            **Civil Action No. 99-192 ERIE**

Dear Judge McLaughlin:

    Please be advised that I have recently been informed that defendant Wilkes has returned form active duty. The above captioned case should be reopened.

                                    Sincerely,

                                    Craig E. Maravich
                                    Deputy Attorney General

cc: Robert Richmond, DB-7852