# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. RICHMOND )<br>    Plaintiff, )<br> ) <br> V ) <br> ) <br> SUPERINTENDENT PRICE, et al., ) <br>     Defendant ) | Civil Action No. 99-192 Erie |

## **ORDER**

AND NOW, this  21st  day of  October , 2005, the Court having been notified that defendant Wilkes has returned from active duty

    IT IS HEREBY ORDERED that the Clerk of Courts is directed to re-open this case

                                                 s/Sean J. McLaughlin
                                                Sean J. McLaughlin
                                                United States District Judge

cc: All counsel of record  nk