# DAVIES, McFARLAND & CARROLL, P.C.
### ATTORNEYS AT LAW

THE TENTH FLOOR, ONE GATEWAY CENTER
PITTSBURGH, PENNSYLVANIA 15222-1416
(412) 281-0737
Fax (412) 261-7251

TODD W. ELLIOTT
Direct Dial: (412) 338-4741
E-Mail: telliott@dmcpc.com

October 21, 2005

Clerk of Courts
US Post Office & Courthouse
7th Avenue & Grant Street, Suite 311
Pittsburgh, PA  15219

     RE:    Richmond v. Price, et al
              U.S. District Court No.: 1:99-cv-00192-SJM

Dear Sir or Madam:

     Please be advised that our firm does not represent Defendant, Dr. Falor, in reference to the above case. Please remove my name from the service list.

                                         Very truly yours,

                                         Todd W. Elliott

TWE/mas

cc:    The Honorable Sean J. McLaughlin
       Charles W. Kenrick, Esquire

RECEIVED

OCT 2 ... 2005

CLERK, U.S. DISTRICT COURT
  DIST. OF PENNSY...

{D0213949:1}