

U.S. Steel Tower  
600 Grant Street  
Suite 5745  
Pittsburgh, PA 15219

Phone: (412) 281-4100  
Toll-Free: (888) 817-5745  
Fax: (412) 281-4111  
www.pa-medmal.com

**CHARLES W. KENRICK**

email: ckenrick@meyersmedmal.com

October 26, 2005

Clerk of Courts  
US Post Office & Courthouse  
7th Avenue & Grant Street - Suite 311  
Pittsburgh, PA 15219

Re:   Richmond v. Price, et al.  
      Case No.: 1:99-CV-00192-SJM

Dear Sir/Madam:

Please be advised that our firm does not represent Defendant, Dr. Falor, in reference to the above case. Please remove my name from the service list.

Thank you for your attention to this matter.

Very truly yours,

Meyers Kenrick Giuffre & Evans

Charles W. Kenrick

CWK/mmk

cc:   The Honorable Sean J. McLaughlin