IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT A. RICHMOND, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CA 99-192 ERIE |
| | ) | |
| SUPERINTENDENT PRICE, et. al., | ) | |
| Defendants. | ) | |

**O R D E R**

AND NOW this 3rd day of November, 2005, IT IS HEREBY ORDERED that a telephonic status conference is scheduled for **Wednesday, November 30, 2005** at **10:00 a.m.** before the Honorable Sean J. McLaughlin.

IT IS FURTHER ORDERED that Defendants' counsel shall initiate the call, and with the Plaintiff on the line, shall call the conference line at 814-464-9615.

S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: all counsel/parties of record