Honorable Sean J. McLaughlin
United States District Judge
In re. Richmond vs. Price, et.al,. No. 99-192 Erie


Dear Judge McLaughlin:


On October 21, 2005, the above captioned case was reopened. It has occurred to me after a brief appearance before your Honor on November 25, 2003, with respect to the above captioned case that a brief summary of the proceedings that have transpired in my case would be helpful to assist you in preparation for the anticipated pretrial conference and scheduling for jury trial.

On Novemebr 19, 2003, I was transferred to SCI-Albion to attend a pretrial conference which occurred on November 25, 2003. Jury selection was scheduled for December 15, 2003. During my stay at SCI-Albion from 11/19/03, through 12/30/03, I was repeatedly and overtly retaliated against by corrections officials at SCI-Albion. I have reason to believe the retaliations were directly related to the fact that (defendant) Wilkes is employed at SCI-Albion, and also that his wife is the Deputy Superintendent at that facility.

The retaliations ranged from being denied access to the law library, to not being permitted to use the legal research computers, to being forbidden to confer with my witnesses who were subpoenaed to testify on my behalf and transported to SCI-Albion for that sole purpose.

In addition to the above, one of my witnesses, (Mr. Christopher Kaminski), was denied medical treatment (he is a diabetic) and I personally witnessed him being assaulted by several corrections officers who unlawfully opened and entered his cell and physically beat him for

several minutes. He is willing to provide sworn testimony concerning the harrassment and retaliations he was subjected to at my upcoming trial if necessary. He was then escorted from the housing unit, and I did not see him again. Further, instead of transferring the other witness I requested i.e.(Dennis McKethan), who was present at the time I was assaulted on Feb. 28, 1999. Another individual with a similiar name who was **not** even assigned to SCI-Greene on the day of the incident was subpoenaed and transferred to SCI-Albion to allegedly testify on my behalf. These actions demonstrate a personal prejudice and malice against me due to the pending case against the defendants and it evinces a willingness on behalf of the parties through any means necessary to dissuade me from proceeding with the lawsuit, and may constitute the obstruction of Justice. It is impossible the subpoena was prepared and executed for the **wrong** person inadvertently, without the direct knowledge of defense counsel. I was informed the corrections officials were also told specifically that I was **not** to be permited to confer with my witnesses in preparation for trial while being housed at SCI-Albion.

Truthfully, your Honor, I am unable to properly authenticate and/or present the evidence. Including medical evidence that may be proffered which would demonstrate I have sustained neurological damage to my right hand as a result of the assault against me. I cannot in any legal context properly stipulate facts to simplify the case, take depositions of the defendants, cross-examine proposed defense witnesses with any legal dexterity or even discuss my case beforehand with my witnesses. I was literally told several times by corrections officials that I would be better served to simply drop the lawsuit. My stay at SCI-Albion was nothing short of intimidation and durress. I have no legal training whatsoever, nor do I have experience in litigation and/or the complexities of conducting a trial. In sum, simplicity in the allegation supporting the claim does not translate into simplicity in the presentation of the claim before a Jury. These factors all weigh heavily in regards to the appointment of counsel on my behalf.

Also, in the interest of expense reduction and case resolution before trial, it would be in the best interest of all parties concerned

that I be appointed counsel to represent me an to be able to discuss possible settlement of the case.

I am therefore, respectfully requesting that you provide me with a copy of the transcripts of November 25, 2003, in which you granted my oral motion in Limine. I also request you to reconsider the appointment of counsel to represent me in these matters.

Sincerely

Robert Richmond   DB-7852 B-1
RR 10 Box 10
Greensburg, Pa. 15601

cc: All Defense Counsel
    file

## DECLARATION

I, Robert Richmond do hereby certify that the within is true and correct based on personal knowledge and that I am willing to testify to same subject to the penalty of perjury in accordance with 28 U.S.C ¶ 1746.

## PROOF OF SERVICE

I, Robert Richmond hereby state that I have served a copy of the within to the following person(s) and in the manner indicated. First class, U.S. mail, postage prepaid (institutional) to:

Honorable Sean J. McLaughlin
U.S. District Judge
U.S. Courthouse Room A250
17 South Park Row
Erie, Pa. 16501

Office of the Attorney General
Attn: Craig E. Maravich/Rodney Torbic Esq.
564 Forbes Avenue
6th Floor Manor Complex
Pitsburgh, Pa. 15219

Date: November 1, 2005    By    Robert Richmond

Nov. 7, 2005

To: Clerk of Courts

I am Re-filing this document in accordance with the Court Order dated November 4, 2005.

Your cooperation and assistance is appreciated.

Respectfully submitted,

*Robert Richmond*
Plaintiff, Pro se

cc: file