MEMORANDUM OF NON-JURY TRIAL

# United States District Court

## For the Western District of Pennsylvania

Robert A. Richmond

_____
_____
                    *Plaintiff*

vs.

Price, et. al.,
_____
_____
                    *Defendant*

No. CA 99-192 Erie

HEARING ON Telephonic Status Conference and Mtns. (#143)

*Before Judge* McLaughlin

Pro Se _____

_____
        *Appear for Plaintiff*

Craig E. Maravich

Michael Fineny

_____
        *Appear for Defendant*

Hearing begun 9:57 a.m.

Hearing concluded C. A. V. 10:22 a.m.

Hearing ~~adjourned to~~ Held on 11-30-05

Stenographer Ron Bench

Clerk: N/A

### WITNESSES:

*For Plaintiff*                    *For Defendant*

Motion to Appoint Counsel (#143) is DENIED

Motion for Transcript dated 11-25-03 (#143) is DENIED

Status of case is: Scheduled for trial on March 13, 2006 @ 9:00 a.m.

Pre-trial conference scheduled for January 17, 2006 @ 9:30 a.m.