UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT A. RICHMOND,            )
        Plaintiff,            )
                           )
        V.                 )         Civil Action No. 99-192 Erie
                           )
SUPERINTENDENT PRICE, et. al.,   )
        Defendants.       )

**O R D E R**

AND NOW, this 31st day of January, 2006,

IT IS ORDERED that this matter be set for jury selection and trial on **March 13, 2006**, at **9:00 a.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, U.S. District Courthouse and Post Office, in Erie, PA

IT IS FURTHER ORDERED that the Clerk of Court issue Writs of Habeas Corpus Ad Testificandum to the **Superintendents for S.C.I. Greensburg, S.C.I. Dallas and S.C.I. Fayette** for the production of the following witnesses: **Christopher Kaminski**, DT 8055, who is currently housed at S.C.I. Dallas and **Bruce Ferrell**, EC 7373, who is currently housed at S.C.I. Fayette, as well as for the plaintiff, **Robert A. Richmond**, DB 7852, who is currently housed at S.C.I. Greensburg, to be present for the jury selection and trial on the above date and time; the plaintiff and witnesses shall then be returned to his designated institution upon completion of the proceedings.

IT IS FURTHER ORDERED that all costs to be borne in conformity with the determination in Story v. Robinson, 689 F.2d 1176 (3d Cir.1982) and Garland v. Sullivan, 737 F.2d 1283 (3d Cir. 1984), affirmed, sub nom., Bureau of Corrections v. U.S. Marshal Service, 54 L.W. 4001 (1985)

_____       _____
                                              Sean J. McLaughlin,
                                            United States District Judge

cc: Robert A. Richmond
    Craig Maravich, Esq.
    U.S. Marshal Service
    Superintendent, S.C.I. Greensburg
    Superintendent, S.C.I. Dallas
    Superintendent, S.C.I. Fayette