IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

January 31, 2006

Robert A. Richmond
DB 7852
SCI Greensburg
RD 10
Box 10
Greensburg, PA 15601

In Re: CA 99-192 Erie

Dear Mr. Richmond:

As indicated by the enclosed Order we have issued writs for two of your witnesses' in the above referenced case. However, two witnesses, John DiJulio and Dennis McKeithan, have been released from prison. It will be your responsibility to locate these witnesses if necessary for trial.

Sincerely,

*Nicole M. Kierzek*

Nicole M. Kierzek
Deputy Clerk to
Judge Sean J. McLaughlin

cc: file
   Craig Maravich
   Robert A. Richmond (Certified Mail)