IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. RICHMOND, )<br>    Plaintiff, )<br>)<br>Vs. )<br>)<br>SUPERINTENDENT PRICE., et al., )<br>    Defendants ) | Civil Action No. 99-192 Erie |

### NOTICE

TAKE NOTICE that the above-captioned case is scheduled for a **Telephonic Status Conference** on **Wednesday, March 1, 2006** at **1:30 p.m.** before the Honorable Sean J. McLaughlin  the call, Attorney Maravich will initiate the call, **with Plaintiff, Robert A. Richmond on the line**, by calling the conference line at 814-464-9615.

                                               S/Nicole M. Kierzek
                                               Courtroom Deputy Clerk to
                                               Sean J. McLaughlin
                                               United States District Judge

cc: all parties of record