February 4, 2006

To: Nicole M. Kierzek, Deputy Clerk

Subject: Your Correspondence dated Jan. 31, 2006

In Re: Civil Action No. 99-192 Erie

Dear Ms. Kierzek:

I am in receipt of your correspondence regarding writs which have been issued for two of the witnesses I requested to be present for my upcoming trial which is scheduled to begin on March 13, 2006, before the Honorable Sean J. McLaughlin.

However, I **did not request** to have John Dijulio to provide testimony in my case, nor do I even know who he is and/or if he was present at SCI-Greene on the day of the incident in question ? I did request that Inmate Bradley, (first name unknown) to testify on my behalf, as well as Captain Peach, who is a corrections officer at SCI-Greene. Unfortunately, defendants counsel **have failed to provide** a list of all inmates who were assigned to FD-Pod on February 25, 1999, as requested. This severely hinders us from being able to provide a complete list of the witnesses who actually witnessed the assault by corrections officers against me.

Furthermore, I requested Mr. Karavich, who is counsel for the defendants to provide to me the name of the person authorized to offer settlement in the case ? He has refused to provide same. Counsel had also refused to provide insurance coverage and policy data for each of the three (3) defendants ?

Your assistance in this regard is appreciated. I am in the process of preparing voir dire questions, as well as information that I wish to include in ther jury charge/stipulations to be presented.

Lastly, as I have voiced my concerns earlier at the status

conference dated November 30, 2005. I want to again mention that defendant Wilkes (wife) is the Deputy Superintendent at SCI-Albion. During my previous transfer to that facility in preparation for trial which was initially scheduled for December 2005, I was denied by prison officials the opportunity to **even confer with my witnesses, or to utilize the prison law library. Furthermore, one of my proposed witnesses was threatened and subsequently assaulted during our stay at SCI-Albion.**

Therefore, I am respectfully requesting that arrangements be made in advance to insure that I am not transferred to that particular facility prior to trial. In the alternative, I will submit a Temporary Restraining Order from the Court as I am in **fear for my life and safety** if transferred to SCI-Albion, based on **previous retaliations as mentioned above.**

Thank you for your time and cooperation, and I look forward to your written response from Judge McLaughlin.

Very truly yours,

Robert Richmond
Plaintiff, Pro se

cc: file
    Craig Yacavich