IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT A. RICHMOND, SR** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 99-192E |
| | ) | |
| | ) | |
| **JAMES S. PRICE, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants hereby propose that the following voir dire questions be used as a supplement to the standard questions set forth in Local Rule 47.1:

Juror's Name: _____   Juror's Number: _____

For purposes of the following questions, the term "immediate family" includes spouses, children, parents, brothers, sisters and persons sharing your residence.

1. What level of education have you attained? (circle one)

    (a) less than high school        (b) high school

    (c) some college courses        (d) college

    (e) some graduate courses       (f) graduate school

2. Are you acquainted with any party referred to below who may testify as a witness during the trial of this case? If yes, circle the individual(s).

(a) Gregory Wilkes        (b) Randy McElravy        (c) James Bedilion

(d) Robert Richmond

3. Have you, or has any member of your immediate family, ever been the victim of a crime?

Yes _____        No _____

4. If your answer to question No. 3 is "Yes," would that fact affect your ability to render a fair and impartial verdict based on the evidence presented in court and the judge's instructions on the law?

Yes _____        No _____

5. Have you, or any member of your immediate family, ever been employed in law enforcement, either by a state or local police department, government agency, investigative agency, private detective or security guard agency or prosecuting attorney's office?

Yes _____        No _____

6. Have you, or has any member of your immediate family, ever been employed by or in any way connected with the Commonwealth of Pennsylvania?

Yes _____        No _____

7. Have you, or any member of your immediate family, ever been employed by, or in any way connected with, the Pennsylvania Department of Corrections?

Yes _____        No _____

8. Have you, or has any member of your immediate family, ever been employed in a jail or prison, or as a parole or probation officer?

Yes _____        No _____

      9.      Would you tend to believe the testimony of a corrections official, simply because he or she is a corrections official, more than the testimony of a citizen of this state?

              Yes _____          No _____

      10.     Would you tend to disbelieve the testimony of a corrections official, simply because he or she is a corrections official, more than the testimony of a citizen of the state?

              Yes _____          No _____

      11.     Have you, or has any member of your immediate family, ever been incarcerated in a local, state, or federal prison for conviction of a criminal offense?

              Yes _____          No _____

      12.     Do you have any feeling, opinion or belief concerning the nature or quality of prisons generally or the actions of employees at SCI-Greene specifically, that would affect your ability to serve as a fair and impartial juror and render a fair and impartial verdict based on the evidence presented in court and the court's instructions on the law in a case in which the plaintiff is a citizen of this state and the defendants are corrections officers?

              Yes _____          No _____

      13.     Have you, or has any member of your immediate family, been associated with a prisoners' rights organization?

              Yes _____          No _____

      14.     Have any of you heard or read things in the media which relate to prison conditions? [If the answer is yes, follow-up questions should be done at side bar so as not to taint the rest of the jury pool].

              Yes _____          No _____

      15.     Would your personal religious beliefs or convictions affect your ability to serve as a fair and impartial juror and render a fair and impartial verdict based on the evidence presented in court and the court's instructions on the law concerning a prisoner?

              Yes _____          No _____

        Respectfully submitted,

        **Thomas W. Corbett, Jr.**
        Attorney General

BY:    __/s/ Craig E. Maravich_____
        CRAIG E. MARAVICH
        Deputy Attorney General
        PA I.D. No. 86219

        SUSAN J. FORNEY
        Chief Deputy Attorney General
        Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-2794

Date:   January 23, 2006

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2006, I electronically filed the foregoing *Defendant's Proposed Voir Dire* with the Clerk of Court using the CM/ECF system. And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:

**ROBERT A. RICHMOND**
DB-7852
SCI Greensburg
R.D. 10
Box 10
Greensburg, PA 15601

By:  /s/  Craig E. Maravich
CRAIG E. MARAVICH
Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219