# CIVIL TRIAL MEMORANDUM
## UNITED STATES DISTRICT COURT
### FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

π - Green
Δ - Red

Robert A. Richmond

vs

C.O. Wilkes, et. al.,

No. 99-192 E          CIVIL

Time for Selection: 9:53 am - 10:15 am
10:20 am - 11:27 am

Date: 3-13-06

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | ~~Lawrence Sullivan~~ P1 RR | 10 | ~~James Harris~~ D3 CFM |
| 2 | Tiffany Ann Reichert | 11 | Linda Wilson |
| 3 | ~~Paula Gleeson~~ D2 CFM | 12 | Pauline Gausman |
| 4 | ~~Richard Canavan~~ Dana Wells | 13 | ~~Richard Maas~~ P3 LR |
| 5 | Rebecca Berry | 14 | Christine Filgrove |
| 6 | ~~Judith Smock~~ D1 CFM | 15 | |
| 7 | Michael Carlstrom | 16 | |
| 8 | Patricia Wise | 17 | |
| 9 | ~~Thomas Briggs~~ P2 LR | 18 | |

## WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| | |