Mar. 9, 2006

To: Hon. Judge McLaughlin

From: Robert Richmond
Plaintiff

Civ. Action No. 99-192E

FILED
'06 MAR 13 P12:01
CLERK
U.S. DISTRICT COURT

Subj: Req. for Assistance

Re: 3/1/06 Telephone Conference

Your Honor,

I arrived at SCI-Albion 3/7/06 to be available for Trial and Jury Selection between Mar. 13, 2006 and April 14, 2006.

You directed me to contact your chambers to inform the court concerning any ongoing bias, abuse, and/or witness intimidation in the event of same as I anticipated in my letter to the court dated Feb. 4, 2006 to your deputy clerk, Ms. Kierzek.

Sir, as of this date, and after filing proper prison request(s) and personally speaking to Deputy Superintendent Wilkes, who is the (wife) of defendant Gregory Wilkes. I am wrongfully being denied to confer w/ my witness, I am not being allowed any access to the Legal (law) library. Nor am I permitted to use the Telephone.

In addition, to Mr. Kaminski, who is named as a witness, a writ was also issued for Inmate Bruce Ferrell, # EC-7373 who is currently housed at SCI Fayette. I have no indication he has been trans. to SCI-Albion to permit me to prepare for trial.

Con't___

Also, despite my obvious pain I am not permitted to wear my Physician Prescribed Wrist Splint causing me needless pain.

The ongoing retaliations your honor, are in direct response to my upcoming Trial scheduled to begin on or about 3/13/06

It has also made it virtually impossible for me to manage the presentation of my evidence at Trial.

I have been in contact recently with Atty. Arthur Martinucci, of the Quinn Law Firm in Erie. I am respectfully your honor asking the Court to consider the Appointment of counsel under 28 USC § 1915 (e)(1) and the holdings of Parham v. Johnson, 126 F.3d 454-458 (3rd Cir. 1997).

Sir, I am in fear for my life & safety with reason, Mr. Kaminski will also substantiate the ongoing retaliations under oath, your honor, will you please help us?

Respectfully,

[signature]
Plaintiff

cc: File
Atty. Martinucci
Craig Maravich

## Affidavit

I do hereby certify the within is true subject to perjury 28 USC § 1746

*[signature]*
Plaintiff

## Proof of Service

I hereby certify the within was mailed to the person & in the manner indicated First Class, U.S. mail, postage prepaid (institutional) Addressed to

Prothonotary / Clerk
U.S. District Court
17 South Park Row
Erie, PA 16507

Atty. General's Office
Craig E. Maravich, Esq.
564 Forbes Ave.
6th Fl., Manor Complex
Pbhg. PA. 15219

Arthur Martinucci, Esq
Quinn Law Firm
2222 West Grandview Blvd
Erie, PA. 16506

Date March 9, 2006

By *[signature]*
Plaintiff Pro Se
OB-7852  C-7
10745, Route 18
Albion, PA. 16475-0002