99-192 E                                         Hon. Sean J. McLaughlin

## Plaintiff's Voir Dire Questions

* When and how to make premptory challenges
* Since multiple defendants, how many challenges plaintiff

1. Whether you would be inclined to give more weight to the testimony of a police/corrections officer merely because he/she is an officer than any other witness

2. What do you think should be done to a prison official if it is shown that he beat a prisoner without provocation or saw others doing so and did not intervene?

3. Under what circumstances do you think it would be appropriate for a prison official to hit a prisoner or use physical force against a prisoner when the prisoner is in restraints and unable to resist?

4. Have you ever been inside a jail or prison? In what circumstances?

5. Have you or any member of your family or a close friend ever been the victim of a crime? Describe the nature of the crime, was the perpetrator punished, were you satisfied with the results?

6. How many years of formal education do you have?

7. Were you ever in the military? If yes...

9. Do you know anyone who was or is employed by or in any way connected with the Department of Corrections?

10. In this case the defendants (3 Corrections Officers) are represented by Attorneys from the Pittsburgh Attorney General's Office. Do you understand that this title has no particular significance, and that these attorneys are merely lawyers employed by the government?

11. Do you know anyone, including your neighbors, friends, co-workers or relatives, who was either convicted of a criminal offense, even a misdemeanor, served time in prison, or is currently under some form of supervision i.e. probation or parole?

12. Do you think prisoners are treated too lightly?

13. Under what circumstances, if any, would a prison official be likely to give false testimony?

14. Under what circumstances do you think people who work together on the same jobs are likely to protect a co-worker they suspect of wrongdoing?

15. If a prisoner and a prison official give conflicting testimony about the same incident, which one would you be inclined to believe and why?