## CLERK'S MEMORANDUM

| | | | | |
|---|---|---|---|---|
| Civil Number | CA 99-192 Erie | Case closed | March 14 | 2006 |
| Before Judge | U.S. District Judge Sean J. McLaughlin | Judge Charges Jury | 3-14 and 3-15 | 2006 |
| Appears for Pltf. | Robert A. Richmond, Pro Se | Jury Retires | March 15 | 2006 |
| | | Verdict | 1:14 - 1:19 pm   3-15 | 2006 |
| Appears for Deft. | Craig Maravich | | | |
| Appears for 3rd pty. | | | | |
| Pltf. opens | 1:14 pm - 1:23 pm   3-13   2006 | Bailiff in charge/Law Clerk | Jeff Grossett | |
| Pltf. rest | 1:57 pm   3-14   2006 | Court Reporter | Ronald J. Bench | |
| Pltf. close | 3:13 pm   3-14   2006 | Deputy Clerk | Nicole Kierzek | |
| Deft. opens | 1:23 pm - 1:37 pm   3-13   2006 | | | |
| Deft. rest | 2:13 pm   3-14   2006 | | | |
| Deft. close | 3:07 pm   3-14   2006 | | | |

### JURY

1. LINDA WILSON
2. TIFFANY ANN REICHART
3. PAULINE GAUSMAN
4. DONNA WELLS
5. REBECCA BERRY
6. CHRISTINE FILLGROVE
7. MICHAEL CARLSTROM
8. PATRICIA WISE

### TRIAL MOTIONS

### TRIAL MEMORANDUM

**Dates of Trial**

| | | | |
|---|---|---|---|
| Trial Opens | 1:14 - 2:16 pm | 3-13 | 2006 |
| Continues | 2:30 - 3:27 pm | 3-13 | 2006 |
| Continues | 3:39 - 4:01 pm | 3-13 | 2006 |
| Continues | 9:21 - 9:54 am | 3-14 | 2006 |
| Continues | 9:59 - 10:35 am | 3-14 | 2006 |
| Continues | 10:56 - 11:53am | 3-14 | 2006 |
| Continues | 1:10 - 2:13 pm | 3-14 | 2006 |
| Continues | 2:55 - 3:51 pm | 3-14 | 2006 |
| Continues | 9:03 - 9:08 am | 3-15 | 2006 |
| Trial closed | March 15, 2006 | | |
| Verdict | March 15, 2006 | | |