**ROBERT A. RICHMOND, SR.**
v.
**C.O. Wilkes, *et al.*,**

**CIVIL ACTION NO. 99-192 ERIE**

**INTERROGATORIES TO THE JURY**

1. Do you find by a preponderance of the evidence that Plaintiff has proven that his Eighth Amendment right to be free from excessive force was violated on February 28, 1999, by Corrections Officer Wilkes?

    Yes \_\_\_\_\_   No _X_

**(Proceed to question #2).**

2. Do you find by a preponderance of the evidence that Plaintiff has proven that his Eighth Amendment right to be free from excessive force was violated on February 28, 1999, by Corrections Officer McElravy?

    Yes \_\_\_\_\_   No _X_

**(Proceed to question #3).**

3. Do you find by a preponderance of the evidence that Plaintiff has proven that his Eighth Amendment right to be free from excessive force was violated on February 28, 1999, by Corrections Officer Bedilion?

    Yes \_\_\_\_\_   No _X_

**(If you answered "NO" to Questions 1, 2 and 3 above, STOP and inform the Court Clerk that you have reached a verdict. If you answered "YES" to any or all of Questions 1, 2, or 3, proceed to Question #4).**

4. State the amount of compensatory damages which you find that Plaintiff is entitled to recover.

    $ _____

**(Proceed to Question #5).**

5. State the amount of punitive damages, if any, which you find that Plaintiff is entitled to recover.

    $ _____

| | |
|---|---|
| *Pauline E. Hausman* | *March 15, 2006* |
| Foreperson | Date |
| *Tiffany Reichert* | *Dan Wells* |
| *Patricia A. Wise* | *Linda Wilson* |
| *Milli Carter* | *Christine Fellman* |
| *Rebecca J Berry* | |