AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **PENNSYLVANIA**

ROBERT A. RICHMOND, SR.,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   99-192 Erie

C.O. WILKES, C.O. McELRAVY and
C.O. BEDILION

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that JUDGMENT be entered in favor of Defendants, Corrections Officer Wilkes, Corrections Officer McElravy, and Corrections Officer Bedilion and against Plaintiff, Robert A. Richmond, Sr.,

Approved:_____
Sean J. McLaughlin, U.S. D.J.

March 15, 2006                                    Nicole M. Kierzek
Date                                              Clerk

                                                  *Nicole M. Kierzek* (signature)
                                                  (By) Deputy Clerk