Name: Robert Richaud Sr.
Number: DB-7852 A-7
ALBION
10745 RT 18
ALBION PA 16475-0002

— Legal Mail —

Prothonotary / Clerk
U.S. District Court
Western District
17 South Park Row
Erie, PA. 16507

RECEIVED
MAR 28 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

— Legal Mail —

INMATE MAIL
PA DEPT OF
CORRECTIONS



UNITED STATES POSTAGE
$ 02.3
02 1A
0004335314
MAILED FROM ZIP CODE 164
PITNEY BOWES