

NAME *Robert Richmond Sr.*
Number *DB7852  4-6*
R.D. #10, Box 10
Greensburg, PA 15601

Inmate Mail
PA Dept Of Corrections

Prothonotary / Clerk
U.S. District Court
P.O. Box 1820
Erie, PA. 16507

— Legal Mail —

RECEIVED
APR - 5 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

$ 00.39⁰  APR 03 2006
MAILED FROM ZIP CODE 15601

Revised: 7/99