IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT RICHMOND,<br>    Plaintiff, | )<br>)<br>)     Civil Action No. 99-192 Erie |
| V | )<br>) |
| C.O. WILKES, et. al.,<br>    Defendants. | )<br>) |

## **ORDER**

AND NOW, this 5th day of April, 2006, the Court having received correspondence on April 5, 2006, from the plaintiff, which the Court construes as a Motion for Appointment of Counsel (Doc. No. 161)

IT IS HEREBY ORDERED that the said Motion be and hereby is DENIED

IT IS FURTHER ORDERED that any further correspondence from the plaintiff, requesting relief, should be filed with the Clerk of Courts, not directed to Chambers.

Sean J. McLaughlin
United States District Judge

cc: All counsel of record   nmk