**M E M O R A N D U M**

From:  Robert Richmond, Plaintiff    Re.  Civil Action No. 99-192 Erie

To:    Clerk's Office, U.S. District Court, Western District of Pa.

Subject:   Illegible Documents Resubmitted (Doc. No. 161)

Dear Sir/Madam,

On April 5, 2006, I resubmitted Attachment 4 of 7, in accordance with your correspondence to me dated March 29, 2006.  The exhibit is relevant to my case and part of the Plaintiff's Motion for New Trial, Motion to Amend/Correct (which was filed within 10 days) from Judgement rendered by Jury Trial verdict on March 15, 2006.

However, I received an Order of the Court dated April 5, 2006, which states that the Court (in error) misconstrued my resubmitted attachment to my appeal as a Motion for the Appointment of Counsel.

Therefore, I am requesting that you correct this oversight and enter the resubmitted document to be considered with my pending Motion for New Trial etc..

Your assistance and cooperation are appreciated.  In addition, I would like to know whether I am permitted to file an Addendum and/or Supplement to my present Motion for a New Trial, and Motion to Amend/Correct ?

cc:  file                             Respectfully submitted,

                                      *Plaintiff, Pro se*

FILED '06 APR 13 AM 10:36 CLERK U.S. DISTRICT COURT