**NAME** ROBERT RICHMOND SR
**Number** DB-7852  B-16
R.D. #10, Box 10
Greensburg, PA 15601

LEGAL MAIL

Revised: 7/99

Inmate Mail
PA Dept Of Corrections

CLERK'S OFFICE
U.S. DISTRICT COURT
WESTERN DISTRICT OF PA.
17 SOUTH PARK ROW
ERIE, PA. 16501



RECEIVED
APR 13 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

GBG

UNITED STATES POSTAGE
02 1A
0004335344   APR 11 2006
$ 00.39°
MAILED FROM ZIPCODE 15601