IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT RICHMOND,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | ) Civil Action No. 99-192 Erie<br>) |
| JAMES PRICE, et. al.,<br>    Defendants. | )<br>)<br>) |

**O R D E R**

AND NOW, this 17th day of May, 2006, the Plaintiff having filed a Motion to Amend the Motion for a New Trial (Doc. No. 164)

IT IS HEREBY ORDERED that the said motion is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff shall amend said Motion on or before June 1, 2006.

IT IS FURTHER ORDERED that the Defendants shall file a Brief in Opposition to the Amended Motion within ten days after receipt of said motion.

  S/Sean J. McLaughlin
  Sean J. McLaughlin
  United States District Judge

cc: all parties of record