NAME **ROBERT RICHMOND**

Number **DB-7852    B-1**

R.D. #10, Box 10
Greensburg, PA 15601

**Inmate Mail**
**PA Dept Of Corrections**

LEGAL MAIL

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
17 SOUTH PARK ROW
ERIE PA.   16507

RECEIVED
JUN - 2 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

02 1A
0004335344    MAY 31 2006
MAILED FROM ZIP CODE 15601
$ 00.39⁰
PITNEY BOWES

GBG