IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


ROBERT A. RICHMOND, SR.,
      Plaintiff


v.                CIVIL ACTION NO. 99-192 ERIE


JAMES S. PRICE, et al.,
      Defendants



JURY TRIAL - DAY NO. 3




Proceedings held before the HONORABLE

SEAN J. McLAUGHLIN, U.S. District Judge,

in Courtroom C, U.S. Courthouse, Erie,

Pennsylvania, on Wednesday, March 15, 2006.




APPEARANCES:
      ROBERT A. RICHMOND, SR., Plaintiff herein,
      appearing Pro Se.

      CRAIG E. MARAVICH, Esquire, Deputy Attorney

General, appearing on behalf of the Defendants.

Ronald J. Bench, RMR - Official Court Reporter

2

1          P R O C E E D I N G S

2

3          (Whereupon, the Jury Trial proceedings began at

4   9:05 a.m., on Wednesday, March 15, 2006, in Courtroom C.)

5

6          THE COURT:  Good morning, members of the jury, this

7   will take two seconds.  I need to give you a couple of things,

8   I forgot to do it yesterday.  When you go out to the jury room

9   to begin deliberating, you're going to receive a document

10  called interrogatories to the jury.  It's a verdict form.  This

11  will just tell you when you have reached a verdict in this

12  case, whatever it may be, it is important that on the back of

13  the verdict form you'll see there's -- you can't see it from

14  there but take my word for it, there's a signature line for the

15  foreperson and all the other jurors.  This form should be

16  signed and dated.  Follow the verdict form along, it's

17  self-explanatory.  I'm also going to send out with you two

18  copies of my charge that I read to you, so you can refer to

19  that.  Do you have all the exhibits together ready to go?

20      DEPUTY CLERK:  I do.

21      THE COURT:  All right, raise your right hand.

22      (Whereupon, the Deputy Clerk was sworn.)

23      THE COURT:  We're going to stand in recess then

24  during jury deliberations.

25      (Whereupon, at 9:08 a.m., the Jury goes to the Jury


3


1  Room to begin their deliberations.)

2      (Whereupon, at 1:15 p.m., the Jury returns to

3  Courtroom C with their verdict.)

4      THE COURT:  Members of the jury, I'm informed you've

5  reached a verdict, is that correct?

6      THE FOREPERSON:  Yes.

7      THE COURT:  Would you please retrieve the verdict

8  slip.  The verdict is in order, you can publish it.

9        DEPUTY CLERK:  I will read the Interrogatories To

10  The Jury in the case of Robert A. Richmond, Sr., v. C.O.

11  Wilkes, et al.  Civil Action No. 99-192 Erie.

12        Question one.  "Do you find by a preponderance of

13  the evidence that plaintiff has proven that his Eighth

14  Amendment right to be free from excessive force was violated on

15  February 28, 1999, by Corrections Officer Wilkes?"  The jury's

16  answer is "No".

17        Question two.  "Do you find by a preponderance of

18  the evidence that plaintiff has proven that his Eighth

19  Amendment right to be free from excessive force was violated on

20  February 28, 1999, by Corrections Officer McElravy?"  The

21  jury's answer is "No".

22        Question three.  "Do you find by a preponderance of

23  the evidence that plaintiff has proven that his Eighth

24  Amendment right to be free from excessive force was violated on

25  February 28, 1999, by Corrections Officer Bedilion?"  The

4

1  jury's answer is "No".

2          Because the jury has answered "no" to questions one,

3    two and three, there is no need to proceed to questions four

4    and five.

5          THE COURT:  The record should reflect that the

6    verdict form is signed by all members of the jury and dated

7    today.

8          Members of the jury, I would like to take this

9    opportunity to thank you for your service here.  Although

10   there's a lot of people who work in this courthouse, security

11   personnel, Marshals, Clerk's Office personnel, judges, really

12   nobody is more important than you folks because without people

13   like you coming in to serve on juries, to state the obvious, we

14   wouldn't be able to have jury trials.  And jury trials, of

15   course, are the lynch pin of our system.  I'm certain that they

16   have no further requirements for you, but I always say as a

17   precautionary matter to every jury just to poke your head in

18   the Clerk's Office on the way out.  If you would just wait

19   briefly in the jury room, I'm going to get off the bench and

20   come in and chat with you just for a few minutes in a capacity

21   other than sitting up here.  That having been said, these

22   proceedings are now adjourned.

23          (Whereupon, at 1:18 p.m., the Jury Trial proceedings

24   were concluded.)

25                      - - -


                               5


1                C E R T I F I C A T E

2

3

4

5       I, Ronald J. Bench, certify that the foregoing is a

6   correct transcript from the record of proceedings in the

7   above-entitled matter.

8

9

10

11

12   _____

13   Ronald J. Bench

14

15

16

17

18

19

20

21

22

23

24

25