**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT A. RICHMOND, SR** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 99-192E** |
| | ) | |
| **JAMES S. PRICE, et al.,** | ) | |
| | ) | **Electronically Filed** |
| **Defendant.** | ) | |

<u>**SUBSTITUTION OF COUNSEL**</u>

Kindly substitute Mary Lynch Friedline, Senior Deputy Attorney General for Craig E. Maravich, Deputy Attorney General as counsel of record for James Bedilion, Randy McElravy and Gregory Wilkes, in conjunction with the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.
Attorney General**

By:  s/Mary L. Friedline
Mary L. Friedline
Senior Deputy Attorney General
Attorney I.D. No. 47046

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  November 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Substitution of Counsel** was served upon the following via electronic filing and/or first-class mail on November 21, 2006.

ROBERT A. RICHMOND**,** DB-7852
SCI Greensburg
R.D. 10, Box 10
Greensburg, PA 15601

By:     /s/ Mary L. Friedline
        Mary L. Friedline
        Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA    15219

Date:  November 21, 2006