## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT A.RICHMOND, SR.                 :    C.A. No. 99-192 Erie

                                       :

      Plaintiff                        :

                                       :

JAMES S. PRICE, et.al.,                :

                                       :    Judge McLaughlin

      Defendants                       :

**NOTICE OF APPEAL**

        Notice is hereby given that Robert Richmond Sr., plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Third Circut from the final judgement entered in this action on Decemebr 18, 2006.

        Appellant, proceeding In Forma Pauperis request that the appeal be heard on the full record from the district court below in accordance with Fed.R.App.P. Rule 24(c).  The appellant also respectfully requests that the District Court certify that the appeal is not frivolous but presents a substantial question ripe for review on the issues presented, and thereby transcription of this case including pre-trial conference(s), and the complete trial transcript in its entirety is necessary for this appeal.  See 28 U.S.C. 753(f) and Fed.R.App.P. Rule 10(b)(1).

                                  Respectfully submitted,

Dated 12/29/06

                                  Robert A.Richmond Sr.
                                  DB-7852      A/A-1
                                  RR 10 Box 10
                                  Greensburg, Pa. 15601

## DECLARATION

I, Robert Richmond, Sr., Pro se, do hereby certify that the foregoing notice of appeal is true and correct to the best of my knowledge information and belief subject to perjury in accordance with 28 U.S.C. 1746.

Dated 12/29/06                              By _____

## PROOF OF SERVICE

I, Robert Richmond Sr., plaintiff do hereby certify that a correct copy of the within notice of appeal was mailed to the person(s) and in the manner indicated:

First Class, U.S. mail, postage prepaid (institutional) addressed to:

Clerk's Office
United States Districe Court
P.O. box 1820
ERIE., PA.  16507


OFFICE OF ATTORNEY GENERAL
Attn. Mary L. Friedline, Esq.
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, Pa. 15219



Dated 12/29/06                              By _____
                                           Robert Richmond, Sr.
                                           DB-7852    A/A-1
                                           RR 10 Box 10
                                           Greensburg, Pa. 15601