NAME: Robert Richmond
Number: DB-7852  A/A-1
R.D. #10 Box 10
Greensburg, PA 15601

- Legal -

Revised 7/99

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED

JAN - 3 2007

**Inmate Mail**
**PA Dept Of Corrections**

Clerk's Office
U.S. District Court
P.O. Box 1820
Erie, PA. 16507

18507+0820

RECEIVED

JAN - 3 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

GBG

UNITED STATES POSTAGE
$ 00.39°
PITNEY BOWES
02 1A
0004355344
DEC 28 2006
MAILED FROM ZIP CODE 1 5 6 0 1