UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: January 3, 2007



Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

IN RE: <u>RICHMOND</u>
WESTERN DIST. OF PA NO. <u>99-192 ERIE</u>
U.S.C.A. NO.

Dear Ms. Waldron:

Enclosed please find:

_      One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

X      Actual Record.

_      One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record.

_      Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
SUSAN D. PARMETER
Deputy Clerk

**RECEIVED**

JAN 2 2 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Enclosures
RECEIPT ACKNOWLEDGED BY: _____ DATE _____