FPS - 307                                                          DATE: April 18, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-1007

Richmond v. Wilkes

To:   Clerk

1)   Motion by Appellant for leave to appeal in forma pauperis

_____
The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.



**A True Copy:**

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: June 14, 2007
arl/par/cc: R.A.R., Esq.
            K.A.M., Esq.