FPS - 307-Amended                                              DATE: April 18, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 07-1007

Richmond v. Wilkes

To:   Clerk

1)   Motion by Appellant for leave to appeal in forma pauperis

_____
The foregoing motion to proceed in forma pauperis is granted.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: June 20, 2007
arl/par/cc: R.A.R., Esq.
            K.A.M., Esq.