UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 7-1007

Richmond

vs.

Wilkes, et al.

Robert A. Richmond, Appellant

(Western District of Pennsylvania Civil No. 99-cv-00192E)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: January 7, 2008

cc:
    Robert A. Richmond Sr.
    Kemal A. Mericli, Esq.